**NATIONAL LABOR RELATIONS BOARD**

v.

**ADVANCE ROSS ELECTRONICS CORP.**

No. 17432.

United States Court of Appeals
Eighth Circuit.

Sept. 25, 1963.

Arnold Ordman, Gen. Counsel, N. L. R. B., for petitioner.

Robert E. Cronin, Chicago, Ill., for respondent.

**PER CURIAM.**

Order of National Labor Relations Board enforced upon stipulation for consent decree filed with Board.

**Lee H. TYLER and R. E. Crews,**
**Appellants,**

v.

**The SUPERIOR OIL COMPANY, a California corporation, Ambassador Oil Corporation, a Delaware corporation, and Apache Corporation, a Delaware corporation, Appellees.**

No. 7320.

United States Court of Appeals
Tenth Circuit.

Oct. 1, 1963.

Submitted on briefs without oral argument.

Before LEWIS, HILL and SETH, Circuit Judges.

**PER CURIAM.**

This is a companion case to Crews Oil Company v. Superior Oil Company, 10 Cir., 319 F.2d 532, the only factual difference being that appellants here are royalty owners and present an additional legal issue by attacking the applicable Oklahoma statutes and the order of the Oklahoma Corporation Commission as unconstitutionally impairing the obligations of a contract in violation of Article I, Sec. 10, and the Fourteenth Amendment to the United States Constitution and Article II, Sec. 15, and Article II, Sec. 7, of the Oklahoma Constitution. We find nothing in the case that suggests a federal constitutional question or brings the issue beyond the scope of Anderson v. Corporation Commission, Okl., 327 P.2d 699, dismissed for want of a federal question. 358 U.S. 642, 79 S.Ct. 536, 3 L.Ed.2d 567.

The judgment is affirmed upon the authority of Crews Oil Company v. Superior Oil Company, 10 Cir., 319 F.2d 532, and cases cited therein.